FILED by MB D.C.
ELECTRONIC

February 13, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
IN AND FOR SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

RANDY ANTHONY WEAVER,

    Plaintiff,

V.

Civil Action
12-20577-CIV-LENARD/WHITE

CHARLES A. JENKINS, et al.,

    Respondent(s).

_____/

CIVIL COMPLAINT ALLEGEDING FALSE
IMPRISONMENT, KIDNAPPING, ASSAULT.

THIS COMPLAINT IS BEING FILED IN THE DISTRICT COURT FOR FORT LAUDERDALE FLORIDA BECAUSE PLAINTIFF WEAVER ASSERTS THAT THE RESPONDENTS ARE HOLDING THE PLAINTIFF IN VIOLATION OF THE PLAINTIFF'S CONSTITUTIONAL AND CIVIL RIGHTS.

THE PLAINTIFF ASSERTS AND WILL SHOW THAT RESPONDANTS AND OTHER'S NOT YET KNOWN TO THIS PLAINTIFF DID PLOT, PLAN, SCHEME, CONSPIRE AND ORCHESTRATE AN ELBORATE SCHEME TO INTENTIONALLY

SCANNED

VIOLATE THE PLAINTIFF'S CONSTITUTIONAL AND CIVIL RIGHTS AND THAT THE ACTIONS AND INACTIONS OF SAID RESPONDENTS DID AT THE OF AGENTS OF THE FEDERAL GOVERNMENT IN PARTICULAR, THE U.S. DEPARTMENT OF JUSTICE (U.S. MARSHAL'S SERVICE) TO INTENTIONALLY FALSIFY RECORDS AND DOCUMENTS AGAINST THIS PLAINTIFF WHICH LEAD TO THE PLAINTIFF BEING FALSELY ARRESTED AND IMPRISONED.

PLAINTIFF HAS SOLID PHYSICAL EVIDENCE THAT LAW ENFORCEMENT OFFICER'S, JUDGES AND STATE ATTORNEYS IN FREDERICK, MARYLAND AGREED TO PARTICIPATE IN THIS CONSPIRACY. RECORDS AND DOCUMENTS WILL CLEARLY SHOW THAT CHARGES LODGED AGAINST THE PLAINTIFF WE FABRICATED.

PLAINTIFF RESERVES HIS RIGHT TO AMEND THIS CIVIL COMPLAINT AS ADDITIONAL DETAILS ARE LEARNED THROUGH RESEARCHING ALL RELEVANT FACTS. FURTHER, PLAINTIFF ASSERTS AND WILL PROVE THAT IN AN ATTEMPT TO CORRECT THE ERRORS BY RESPONDENTS, THIS PLAINTIFF PROVIDED RESPONDENTS WITH VERIFIABLE DOCUMENTATION THAT THE PLAINTIFF COULD'NT HAVE POSSIBLY BEEN IN FREDERICK MARYLAND

ON THE DATE THE RESPONDENTS ALLEGED IN THEIR FABRICATED CASE.

PLAINTIFF SEEKS MONETARY DAMAGES IN EXCESS OF 3.5 MILLION DOLLARS AND ALSO WOULD DEMAND A JURY TRIAL IN THIS MATTER. ADDITIONALLY, THE PLAINTIFF BEING INDIGENT AND WITHOUT ANY FUNDS WOULD MOVE THIS HONORABLE COURT FOR THE APPOINTMENT OF LEGAL REPRESENTATION.

FURTHER, THE PLAINTIFF SEEKS AN EMERGENCY INJUNCTIVE ORDER, DIRECTING THAT SAID PLAINTIFF BE SURRENDER TO FEDERAL AUTHORITIES AND BE RE-LOCATED TO ANOTHER FACILITY FOR THE SAFETY OF THE PLAINTIFF AND TILL THIS COURT CAN RULE ON THE MERITS OF THIS CASE.

PLAINTIFF IS CURRENTLY BEING HELD ILLEGALLY AT THE FREDERICK COUNTY ADULT DETENTION CENTER LOCATED AT 7300 MARCIE'S CHOICE LANE FREDERICK, MARYLAND 21704.

PLAINTIFF INVOKES THIS COURT'S JURISDICTION AND VENUE AS THIS PLAINTIFF IS A LEGAL RESIDENT OF THE STATE OF FLORIDA, HAVING A FLORIDA DRIVERS LICENSE BEARING PLAINTIFF'S ADDRESS

AT 4810 N.W. 77TH COURT, POMPANO BEACH, FLORIDA 33023

AT NO TIME HAS THIS PLAINTIFF CONSENTED IN ANY MANNER TO THE ILLEGAL ACTIONS BY RESPONDENTS FROM THE STATE OF MARYLAND.

Respectfully submitted,

*Randy Anthony Weaver*

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

WITNESSED:

*Kenneth Glover*
KENNETH GLOVER

*Randy Anthony Weaver*
RANDY ANTHONY WEAVER

Randy A. Weaver #039532
C/o H.C.A.D.C.
7300 Marcie's Choice Ln
Jessup, Maryland
20794

LEGAL
MAIL
CONFIDENTIAL

Worked Pro Se Markus

TO: CLERK OF COURT
UNITED STATES DISTRICT COURT
299 EAST BROWARD BLVD Room 108
FORT LAUDERDALE, FLORIDA
33301

BALTIMORE MD 212
10 FEB 2012 PM 4 L

FOREVER
FIRST-CLASS
USA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-20577-JAL

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE