UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12CV 20577 JAL

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

%AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Southern__ District of __Florida__

FILED by _AP_ D.C.

MAR 05 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Randy Anthony Weaver
Plaintiff

V.

Charles A. Jenkins, et al.,
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 12-20577-CIV-LENARD

I, __Randy Anthony Weaver__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __F.C.A.D.C. Frederick, Maryland 21704__

   Are you employed at the institution? __No__  Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Day Laborer Labor Ready Inc. 162 West Patrick St. Frederick Maryland 12-20-11 $75.26   (301) 631-6500 (Reggie Williams)

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends              ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments       ☐ Yes    ☑ No
   e. Gifts or inheritances                             ☐ Yes    ☑ No
   f. Any other sources                                 ☑ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

200⁰⁰ A MONTH IN Food STAMPS.

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

   If "Yes," state the total amount. ∅

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

   If "Yes," describe the property and state its value.

   ∅

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Robinlynn Nichols - Girlfriend - Disabled $750⁰⁰ monthly Rent,

I declare under penalty of perjury that the above information is true and correct.

2/27/12                    [signature]
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Case 1:12-cv-20577-JAL Document #6 Entered on FLSD Docket 03/05/2012 Page 3 of 10

# FREDERICK COUNTY ADULT DETENTION CENTER
## INMATE REQUEST FORM

Detention Center [✓]   Work Release Center [ ]

Name: Randy [illegible]   AR # 039532   Booking # 12-155   Date 1/27/12

Housing Unit: (Q)   Telephone Call ___   Public Defender ___   Counselor ___

Request (Other): Inmate Accounts - I need a certified printout of my inmate acct for past (6) six months. Thank you.

Receiving Staff: OK, [illegible] 7:30 1/27/12   Referred to: Accounting 1/27/12 [illegible]

---

## ADMINISTRATIVE ACTION

Response: Attached Commissary/Trust Statement $0.00
[illegible] Statement <300.39>
Your Debt [illegible] to [illegible] 6/17/2008.

Response by: [illegible] 1/31   Inmate Advised: [illegible] 1-30-12 1530

Pink - Inmate (Initial)   Yellow - Inmate (Response)   White - Records   FCADC #062

## RESIDENT ACCOUNT STATEMENT

Page    1  of    2

Frederick County Detention Center
01/30/2012 12:20
ST 5 | OPR 8201

```
ID Number        : 039532
Resident Name    : WEAVER, RANDY ANTHONY
Housing Location : JAIL     SECO     Q        01L
Statement Period : 05/26/2008 - 01/30/2012
```

**STATEMENT SUMMARY**

| | |
|---|---|
| Beginning Balance : | $0.00 |
| 6 Deposits : | $47.60 |
| 39 Payments : | $47.60 |
| Ending Balance : | $0.00 |

*Commissary* (handwritten)

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| B40970 | 05/26/2008 | 01:32 | Intake | | $47.60 | $47.60 |
| A192176 | 06/03/2008 | 11:55 | Order | $38.58 | | $9.02 |
| A192495 | 06/10/2008 | 11:37 | Order | $8.56 | | $0.46 |
| A192893 | 06/17/2008 | 12:51 | Order | $0.00 | | $0.46 |
| A192894 | 06/17/2008 | 12:51 | Rec Payment | $0.46 | | $0.00 |
| A193267 | 06/24/2008 | 12:38 | Order | $0.00 | | $0.00 |
| A193629 | 07/01/2008 | 12:27 | Order | $0.00 | | $0.00 |
| A194048 | 07/08/2008 | 12:31 | Order | $0.00 | | $0.00 |
| A194203 | 07/15/2008 | 11:22 | Order | $0.00 | | $0.00 |
| A194836 | 07/22/2008 | 12:37 | Order | $0.00 | | $0.00 |
| A195233 | 07/29/2008 | 12:39 | Order | $0.00 | | $0.00 |
| A195602 | 08/05/2008 | 12:29 | Order | $0.00 | | $0.00 |
| A195818 | 08/12/2008 | 12:42 | Order | $0.00 | | $0.00 |
| A196047 | 08/12/2008 | 12:48 | Order | $0.00 | | $0.00 |
| A196456 | 08/19/2008 | 12:19 | Order | $0.00 | | $0.00 |
| A196837 | 08/26/2008 | 12:55 | Order | $0.00 | | $0.00 |
| A197218 | 09/02/2008 | 11:50 | Order | $0.00 | | $0.00 |
| A197592 | 09/09/2008 | 12:12 | Order | $0.00 | | $0.00 |
| A198105 | 09/16/2008 | 12:11 | Order | $0.00 | | $0.00 |
| A198487 | 09/23/2008 | 12:06 | Order | $0.00 | | $0.00 |
| A198917 | 09/30/2008 | 12:31 | Order | $0.00 | | $0.00 |
| A199310 | 10/07/2008 | 12:13 | Order | $0.00 | | $0.00 |
| A199585 | 10/14/2008 | 12:06 | Order | $0.00 | | $0.00 |
| A199803 | 10/14/2008 | 12:14 | Order | $0.00 | | $0.00 |
| A200211 | 10/21/2008 | 12:08 | Order | $0.00 | | $0.00 |
| A200601 | 10/28/2008 | 12:26 | Order | $0.00 | | $0.00 |
| B44199 | 10/29/2008 | 14:17 | Close | $0.00 | | $0.00 |
| A200728 | 11/04/2008 | 08:50 | Credit | | $0.00 | $0.00 |
| A200742 | 11/04/2008 | 08:56 | Credit | | $0.00 | $0.00 |
| A249947 | 07/30/2011 | 21:18 | Reopen | | $0.00 | $0.00 |

## RESIDENT ACCOUNT STATEMENT

Page 2 of 2

Frederick County Detention Center
01/30/2012 12:20
ST  5  │  OPR  8201

```
ID Number         :  039532
Resident Name     :  WEAVER, RANDY ANTHONY
Housing Location  :  JAIL      SECO      Q           01L
Statement Period  :  05/26/2008 - 01/30/2012
```

**STATEMENT SUMMARY**

| | |
|---|---|
| Beginning Balance : | $0.00 |
| 6 Deposits : | $47.60 |
| 39 Payments : | $47.60 |
| Ending Balance : | $0.00 |

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| A250023 | 08/02/2011 | 12:04 | Order | $0.00 | | $0.00 |
| A250389 | 08/09/2011 | 12:39 | Order | $0.00 | | $0.00 |
| A250421 | 08/09/2011 | 13:26 | Order | $0.00 | | $0.00 |
| A250700 | 08/16/2011 | 12:56 | Order | $0.00 | | $0.00 |
| A251031 | 08/23/2011 | 11:48 | Order | $0.00 | | $0.00 |
| A251395 | 08/30/2011 | 12:22 | Order | $0.00 | | $0.00 |
| A251758 | 09/06/2011 | 11:59 | Order | $0.00 | | $0.00 |
| A252084 | 09/09/2011 | 12:58 | Order | $0.00 | | $0.00 |
| A252359 | 09/20/2011 | 12:28 | Order | $0.00 | | $0.00 |
| A252764 | 09/27/2011 | 13:23 | Order | $0.00 | | $0.00 |
| A253084 | 10/04/2011 | 12:51 | Order | $0.00 | | $0.00 |
| A253376 | 10/11/2011 | 12:41 | Order | $0.00 | | $0.00 |
| B66661 | 10/13/2011 | 12:13 | Close | $0.00 | | $0.00 |
| A253634 | 10/17/2011 | 09:14 | Credit | | $0.00 | $0.00 |
| A258068 | 01/23/2012 | 21:48 | Reopen | | $0.00 | $0.00 |

FCADC
7300 MARCIES CHOICE LANE
FREDERICK, MD 21704

Initial Book Date                05/26/2008
Last Book Date                   01/23/2012
Last Release Date

RANDY ANTHONY WEAVER

STATEMENT SUMMARY :

| | |
|---|---:|
| Last Statement Date | 12/08/2011 14:18 |
| Last Balance** | $300.39 |
| Payments/Credits | $0.00 |
| New Charges | $0.00 |

ACCOUNTS OWED :

| | |
|---|---:|
| Indigent | $245.84 |
| Haircuts | $10.00 |
| Postmaster | $0.55 |
| Notary | $8.00 |
| Medications | $28.00 |
| Sick Call | $8.00 |
| Total Amount Owed : | $300.39 |

RESIDENT NAME
WEAVER, RANDY ANTHONY

| | |
|---|---|
| ID Number | 039532 |
| STATEMENT DATE | 01/30/2012 12:21 |
| TOTAL AMOUNT OWED | $300.39 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $300.39 |

Any questions?
   Please Contact:
      ACCOUNTING
      301-600-3003

**Make all MONEY ORDERS payable to Frederick County Adult Detention Center.
NO CHECKS WILL BE ACCEPTED**

I hereby accept and acknowledge receipt of this debt owed to:
*FCADC*
I also acknowledge that the address reflected below is my current and correct mailing address.

Signature _____   Date _____

**Balance on the Last Statement Date            8201    01302012122147

---

Please cut this portion and mail with your payment

RANDY ANTHONY WEAVER

WEAVER, RANDY ANTHONY

| | |
|---|---:|
| ID Number | 039532 |
| STATEMENT DATE | 01/30/2012 12:21 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $300.39 |
| Amount Enclosed | $ ☐☐☐☐.☐☐ |

Please make your payment payable to:
   FCADC

FREDERICK COUNTY DETENTION CENTER ACCOUNTING DEPT.
7300 MARCIES CHOICE LANE
FREDERICK, MD 21704

**RESIDENT RECEIVABLE REPORT**  Page    1  of    2

Frederick County Detention Center
01/30/2012 12:22
ST  5    |   OPR  8201

```
ID Number       :  039532
Resident Name   :  WEAVER, RANDY ANTHONY
Time Frame      :  05/26/2008 - 01/30/2012
```

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|---|---|---|---|---|---|---|
| 06/17/2008 | 12:51 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A192893 |
| 06/17/2008 | 12:51 | Indigent | Receivable Payment-Resident | $0.46 | cah | A192894 |
| 06/24/2008 | 12:38 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A193267 |
| 06/26/2008 | 10:26 | Sick Call | Receivable Charge | $4.00 | 8094 | D2987 |
| 06/26/2008 | 10:26 | Medications | Receivable Charge | $4.00 | 8094 | D2987 |
| 07/01/2008 | 12:27 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A193629 |
| 07/08/2008 | 12:31 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A194048 |
| 07/10/2008 | 14:25 | Medications | Receivable Charge | $4.00 | 8094 | D3292 |
| 07/15/2008 | 11:22 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A194203 |
| 07/22/2008 | 12:37 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A194836 |
| 07/29/2008 | 12:39 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A195233 |
| 08/05/2008 | 12:29 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A195602 |
| 08/12/2008 | 12:42 | Indigent | Order-Facility-Indigent | $33.30 | cah | A195818 |
| 08/12/2008 | 12:48 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A196047 |
| 08/19/2008 | 12:19 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A196456 |
| 08/26/2008 | 12:55 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A196837 |
| 09/02/2008 | 11:50 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A197218 |
| 09/09/2008 | 12:12 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A197592 |
| 09/16/2008 | 12:11 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A198105 |
| 09/23/2008 | 12:06 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A198487 |
| 09/30/2008 | 12:31 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A198917 |
| 10/07/2008 | 12:13 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A199310 |
| 10/14/2008 | 12:06 | Indigent | Order-Facility-Indigent | $35.30 | cah | A199585 |
| 10/14/2008 | 12:14 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A199803 |
| 10/21/2008 | 12:08 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A200211 |
| 10/28/2008 | 12:26 | Indigent | Order-Swanson-Indigent | $6.30 | cah | A200601 |
| 11/04/2008 | 08:50 | Indigent | Credit-Swanson-Indigent | $6.30 | cah | A200728 |
| 11/04/2008 | 08:56 | Indigent | Credit-Facility-Indigent | $35.30 | cah | A200742 |
| 08/02/2011 | 12:04 | Indigent | Order-Swanson-Indigent | $6.00 | clk | A250023 |
| 08/09/2011 | 12:39 | Indigent | Order-Facility-Indigent | $33.30 | clk | A250389 |
| 08/09/2011 | 13:26 | Indigent | Order-Swanson-Indigent | $6.00 | clk | A250421 |
| 08/15/2011 | 15:17 | Notary | Receivable Charge | $4.00 | 8201 | E17000 |
| 08/16/2011 | 12:56 | Indigent | Order-Swanson-Indigent | $6.00 | clk | A250700 |
| 08/18/2011 | 15:53 | Notary | Receivable Charge | $4.00 | 8201 | E17081 |
| 08/23/2011 | 11:48 | Indigent | Order-Swanson-Indigent | $6.00 | clk | A251031 |
| 08/25/2011 | 10:06 | Haircuts | Receivable Charge | $10.00 | 9020 | B65746 |
| 08/30/2011 | 12:22 | Indigent | Order-Swanson-Indigent | $6.00 | clk | A251395 |

# RESIDENT RECEIVABLE REPORT

Page 2 of 2

Frederick County Detention Center
01/30/2012 12:22
ST 5 | OPR 8201

```
ID Number      : 039532
Resident Name  : WEAVER, RANDY ANTHONY
Time Frame     : 05/26/2008 - 01/30/2012
```

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|---|---|---|---|---|---|---|
| 09/06/2011 | 11:59 | Indigent | Order-Swanson-Indigent | $6.00 | clk | A251758 |
| 09/09/2011 | 12:58 | Indigent | Order-Swanson-Indigent | $6.00 | clk | A252084 |
| 09/14/2011 | 13:23 | Sick Call | Receivable Charge | $4.00 | 8201 | E17355 |
| 09/14/2011 | 13:23 | Medications | Receivable Charge | $4.00 | 8201 | E17355 |
| 09/20/2011 | 12:28 | Indigent | Order-Swanson-Indigent | $6.00 | clk | A252359 |
| 09/27/2011 | 13:23 | Indigent | Order-Swanson-Indigent | $6.00 | clk | A252764 |
| 10/03/2011 | 14:39 | Medications | Receivable Charge | $16.00 | 8201 | E17669 |
| 10/04/2011 | 12:51 | Indigent | Order-Swanson-Indigent | $6.00 | clk | A253084 |
| 10/11/2011 | 12:41 | Indigent | Order-Swanson-Indigent | $6.00 | clk | A253376 |
| 10/17/2011 | 09:14 | Indigent | Credit-Swanson-Indigent | $6.00 | clk | A253634 |
| 12/08/2011 | 14:17 | Postmaster | Receivable Charge | $0.55 | 8201 | E18803 |

Murrough #039532
ICADC
300 Marlic's Choice Ln.
Jessup, Maryland 20794

LEGAL
MAIL

witnessed/inspected Henry Inc.

To: Clerk of Court Rm 8N09
United States District Court
Federal Courthouse
400 North Miami Ave
Miami, Florida 33128-7716

Confidential

USMS INSPECTED RECEIVED

FOREVER FIRST-CLASS USA
MAR 05 1:07 PM