IN THE UNITED STATES DISTRICT COURT
IN AND FOR, THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RANDY ANTHONY WEAVER
    Plaintiff,

CASE NO: 12-20577-CIV-LENARD

V.

CHARLES A. JENKINS, Et, Al.,
    Defendants.
_____/



FILED by _____ D.C.
APR 18 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

PLAINTIFF WEAVER'S MOTION TO COMPEL DISCOVERY
PURSUANT TO RULE 37(a)(A)(B)

    COMES NOW, the Plaintiff, Randy Anthony Weaver, filing pro se, does hereby move this Honorable Court, pursuant to Federal Rules of Civil Procedure, Rule 37(a)(A)(B) for an ORDER compelling that Defendant JENKINS produce discovery.
    In support thereof, the Plaintiff avers to the Court the following facts:

1. On February 23rd, 2012 this plaintiff commenced a civil action in this Court pursuant to 42 U.S.C. 1983, and asserted that the Court had jurisdiction under Diversity of Citizenship, found in 28 U.S.C. 1332, and ;
2. On February 29th, 2012 this plaintiff actively pursued this case by filing a request for discovery upon Defendant JENKINS, (See attached exhibit-Pl-1), and;
3. As of the filing of this motion to compel discovery, filed pursuant to supra Rule 37, the Defendant JENKINS has failed to provide any responses, and;
4. Additionally, on March 22nd, 2012 this plaintiff filed a motion to Amend his civil complaint, now adding an additional (25) Twenty-Five defendant's and now invoking the Court's jurisdiction pursuant to 28 U.S.C. 1332, and 1343, and now filing a complaint pursuant to 42 U.S.C. 1983,1985, and alleging that defendant's engaged in a conspiracy to violate plaintiff's civil and constitutional rights, and;
5. In view of the serious allegations asserted throughout the conspiracy complaint, and the fact that the plaintiff has asserted that an attempt was made to inflict serious bodily injury upon the plaintiff, the plaintiff asserts that discovery is mandated at this stage, to produce the names of the parties involved in the issue of the plaintiff's vehicle fire on interstate 95 in Port St. Lucie, Florida, and;
6. Surely, if the defendant's have gone to the extent of tracking the plaintiff through illegal means and then installing a device upon the vehicle of the plaintiff, for the intent of causing serious bodily injury, then clearly defendant's will go to any

extent to conceal any and all evidence that ties or implicates parties involved in such action.

WHEREFORE, the Plaintiff respectfully prays that this Court grant plaintiff's motion, and ORDER that the defendant JENKINS provide discovery immediately to the plaintiff. Further, the plaintiff would move this Court for any further relief as this Court may deem just and proper in reference to the claims contained within the civil complaint.

Respectfully Submitted,

Randy Anthony Weaver
Plaintiff/Pro Se
F.C.A.D.C.
7300 Marcie's Choice Lane
Frederick, Maryland 21704

## CERTIFICATE OF SERVICE AND MAILING

I HEREBY CERTIFY, that a true and correct copy of the foregoing motion was served upon Defendant Charles A. Jenkins on this 13th day of April, 2012 by depositing the same in the United States Mail, Postage prepaid and addressed as follows: To Mr. Charles A. Jenkins Sheriff for Frederick County 110 Airport Drive-East Frederick, Maryland 21701.

Respectfully Submitted,

Randy Anthony Weaver
Plaintiff/ Pro Se